# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| THERESE C. COURTNEY, | : |
| Plaintiff, | : |
| | Case No. 3:12cv00329 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 19, 2013 (Doc. #11) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. Plaintiff's case is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for payment of DIB and SSI consistent with the Social Security Act; and

    4.  The case is terminated on the docket of this Court.

December 9, 2013

                                                       *s/Thomas M. Rose

                                                   _____
                                                         Thomas M. Rose
                                          United States District Judge